Calvin NELSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63357.

Missouri Court of Appeals,
Western District.

July 13, 2004.

Mark A. Grothoff, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Karen L. Kramer, Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Calvin Nelson appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. Mr. Nelson sought to vacate his convictions for three counts of statutory sodomy in the first degree, section 566.062, RSMo 2000, and sentences of three concurrent terms of thirty years imprisonment. He claims that the motion court clearly erred in denying his motion because he received ineffective assistance of counsel at trial. The judgment of the motion court is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Cory W. NICHOLAS, Appellant.

No. WD 62841.

Missouri Court of Appeals,
Western District.

July 13, 2004.

Irene C. Karns, Columbia, MO, for appellant.

Andrea K. Spillars, Jefferson City, MO, for respondent.

Before ELLIS, P.J., BRECKENRIDGE and HOWARD, JJ.

## *ORDER*

PER CURIAM.

Cory W. Nicholas appeals from a jury verdict convicting him of forgery under 570.090.1(1), RSMo Cum.Supp.2002, and a sentence of two years in prison. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).